**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7073**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES E. HURT,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CR-95-316-MJG, CA-99-474-MJG)

———————

Submitted: September 28, 1999      Decided: October 26, 1999

———————

Before NIEMEYER, HAMILTON, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles E. Hurt, Appellant Pro Se. Martin Joseph Clarke, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles E. Hurt seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Hurt, Nos. CR-95-316-MJG; CA-99-474-MJG (D. Md. May 18, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the order from which Hurt appeals was filed on May 17, 1999, it was entered on the district court's docket sheet on May 18, 1999. May 18, 1999, is therefore the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).